Roger A Wright, SBA #014150
**WRIGHT LAW FIRM, PLC**
3532 E Cotton Court
Gilbert, Arizona 85234
(480) 558-1700
office@wrightlawaz.com
*Attorney for Defendant*
*Barrett Financial Group, LLC*

# THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Bonnie Creech, | Case No.: CV-22-00871-PHX-SMB |
| Plaintiff, | |
| vs. | **DEFENDANT BARRETT FINANCIAL GROUP'S CORPORATE DISCLOSURE STATEMENT** |
| Barrett Financial Group, L.L.C.; Broker Solutions, Inc., dba Kind Lending, Kind Lending, L.L.C.; John Claude Hegglin, an individual, and as an agent of Barrett Financial Group, L.L.C., Broker Solutions, Inc., dba Kind Lending; and Kind Lending L.L.C.; and Jane and John Doe employees 1-10. | |
| Defendants | |

Defendant Barrett Financial Group, LLC, by and through the undersigned counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, makes the following disclosures:

1. Barrett Financial Group, LLC does not have any parent corporations.

2. No publicly held corporation owns 10% or more of Barrett Financial Group, LLC.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

RESPECTFULLY SUBMITTED this 2nd day of September 2022.

**WRIGHT LAW FIRM, PLC**

*By: /s/ Roger A. Wright*
Roger A. Wright (AZ # 014105)
3532 E Cotton Court
Gilbert, Arizona 85234
Telephone: (480) 558-1700
*office@wrightlawaz.com*
*Counsel for Barrett Financial Group, LLC*

**CERTIFICATE OF SERVICE**

I certify that, on September 2, 2022, I filed the foregoing Barrett Financial Group's Corporate Disclosure Statement via the Court's electronic filing system.

The Court's electronic filing system will provide notice and a copy of this filing to the following electronic filing registrants:

Christine Anderson Ferraris
Stephen Weeks
A. FERRARIS LAW, PLLC
333 N. Wilmot, Suite 340
Tucson, Arizona 85711
*cferraris@aferrarislaw.com*
*sweeks@aferrarislaw.com*
*Counsel for Plaintiff*

Anelisa Benavides
SPENCER FANE LLP
2415 E Camelback Rd., Ste. 600
Phoenix, AZ 85016-4251
602-333-5464
*abenavides@spencerfane.com*
*Counsel for Defendant*
*Broker Solutions, Inc. dba*
*Kind Lending*

David Edward Funkhouser, III
SPENCER FANE LLP
2415 E Camelback Rd., Ste. 600
Phoenix, AZ 85016-4251
602-333-5451
*dfunkhouser@spencerfane.com*
*Counsel for Defendant*
*Broker Solutions, Inc. dba*
*Kind Lending*

*by/ Roger A. Wright*
*Counsel for Defendant*
*Barrett Financial Group, LLC*