SPENCER FANE LLP
David Funkhouser (No. 022449)
2425 East Camelback Road, Suite 850
Phoenix, AZ 85016-4251
Telephone: (602) 333-5430
Facsimile: (602) 333-5431
dfunkhouser@spencerfane.com

Attorneys for Defendants Broker Solutions, Inc.,
dba Kind Lending, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Bonnie Creech,<br><br>        Plaintiff,<br><br>v.<br><br>Barrett Financial Group, L.L.C.; Broker Solutions, Inc., dba Kind Lending, Kind Lending, L.L.C.; John Claude Hegglin, an individual, and as an agent of Barrett Financial Group, L.L.C., Broker Solutions, Inc., dba Kind Lending; and. Kind. Lending, L.L.C.; and Jane and John Doe employees 1-10.<br><br>        Defendants. | No. 2:22-cv-00871-SMB<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT BROKER SOLUTIONS, INC., DBA KIND LENDING** |

Pursuant to Federal Rule of Civil Procedure 7.1 by and through its undersigned counsel, Defendant Broker Solutions, Inc., dba Kind Lending ("Broker Solutions"), hereby makes the following disclosures:

1. Broker Solutions does not have any parent corporations.

2. No publicly held corporation owns 10% or more of Broker Solutions.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

SPENCER FANE LLP

*s/ David Funkhouser*
David Funkhouser
Attorney for Defendants Broker Solutions, Inc., dba Kind Lending, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2022, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Christine Anderson Ferraris, #031414
A. FERRARIS LAW, P.L.L.C.
333 N. Wilmot, Suite 340
Tucson, AZ 85711
cferraris@ferrarislaw.com
Counsel for Plaintiff

s/ Katrina Thomas