Roger A Wright, SBA #014150
**WRIGHT LAW FIRM, PLC**
3532 E Cotton Court
Gilbert, Arizona 85234
Firm Telephone: (480) 558-1700
Email: office@wrightlawaz.com
*Attorney for Defendant*
*Barrett Financial Group, L.L.C.*

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Bonnie Creech,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Barrett Financial Group, L.L.C.; Broker Solutions, Inc., dba Kind Lending, Kind Lending, L.L.C.; John Claude Hegglin, an individual, and as an agent of Barrett Financial Group, L.L.C., Broker Solutions, Inc., dba Kind Lending; and Kind Lending L.L.C.; and Jane and John Doe employees 1-10.<br><br>　　　　　　Defendants. | No.　CV-22-00871-PHX-SMB<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANT BARRETT FINANCIAL GROUP, LLC'S 12(B)(6) MOTION TO DISMISS** |

　　　Defendant Barrett Financial Group, L.L.C. hereby withdraws its 12(b)(6) Motion to Dismiss pursuant to the Court's Order dated September 15, 2022 (DE 20).

　　　DATED this 15th day of September, 2022.

　　　　　　　　　　　　　　　　　　　**WRIGHT LAW FIRM, PLC**


　　　　　　　　　　　　　　　　　　　By */s/ Roger A. Wright*
　　　　　　　　　　　　　　　　　　　　　Roger A. Wright
　　　　　　　　　　　　　　　　　　　　　*Attorney for Barrett Financial Group*

## CERTIFICATE OF SERVICE

I certify that, on September 15, 2022, I filed the foregoing

**NOTICE OF WITHDRAWAL OF DEFENDANT BARRETT FINANCIAL GROUP, LLC's 12(b)(6) MOTION TO DISMISS**

via the Court's electronic filing system.

The Court's electronic filing system will provide notice and a copy of this filing to the following electronic filing registrants:

Christine Anderson Ferraris
Stephen Weeks
FERRARIS LAW, PLLC
333 N. Wilmot, Suite 340 Tucson, Arizona 85711
*cferraris@aferrarislaw.com*
*sweeks@aferrarislaw.com*
Counsel for Plaintiff

Anelisa Benavides
David Edward Funkhouser, III
SPENCER FANE LLP
2415 E Camelback Rd., Ste. 600
Phoenix, AZ 85016-4251 602-333-5464
*abenavides@spencerfane.com*
*dfunkhouser@spencerfane.com*
Counsel for Defendant
Broker Solutions, Inc. dba
Kind Lending

Robert Moon
MOON LAW FIRM, PLC
1423 S. Higley Road, Suite 112
Mesa, Arizona 85206
(480) 590-7359
*robert@moonlawaz.com*
Attorney for Defendant
John Hegglin

           *by/ Roger A. Wright*_____
           Counsel for Defendant
           Barrett Financial Group, LLC