**Moon Law Firm, PLC**
1423 S. Higley Road, Suite 112
Mesa, Arizona 85206
Telephone (480) 590-7359
robert@moonlawaz.com
Robert J. Moon (019909)
*Attorney for Defendant John Claude Hegglin*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bonnie Creech,<br><br>       Plaintiff,<br><br>v.<br><br>Barrett Financial Group, L.L.C.; Broker Solutions, Inc., dba Kind Lending, Kind Lending, L.L.C.; John Claude Hegglin, an individual, and as an agent of Barrett Financial Group, L.L.C., Broker Solutions, Inc., dba Kind Lending; and Kind Lending, L.L.C.; and Jane and John Doe employees 1-10,<br><br>       Defendants. | Case No. 2:22-CV-00871-SMB<br><br>**NOTICE OF CHANGE OF ATTORNEY EMAIL ADDRESS** |

   PLEASE TAKE NOTICE that Robert J. Moon, counsel of record for Defendant John Claude Hegglin, is no longer receiving emails at robert@thehoglefirm.com. Mr. Moon's correct email address is robert@moonlawaz.com.

   RESPECTFULLY SUBMITTED this 20th day of September 2022.

                              **MOON LAW FIRM, PLC**

                              */s/Robert J. Moon*
                              Robert J. Moon
                              *Attorney for the Defendant*
                              *John Claude Hegglin*

# CERTIFICATE OF SERVICE

I certify that, on September 20, 2022, I filed the foregoing Notice of Change of Attorney Email Address via the Court's electronic filing system.

The court's electronic filing system will provide notice and a copy of this filing to the following electronic filing registrants:

Christine Anderson Ferraris
Stephen Weeks
A. FERRARIS LAW, PLLC
333 N. Wilmot, Suite 340
Tucson, Arizona 85711
cferraris@aferrarislaw.com
sweeks@aferrarislaw.com
*Counsel for Plaintiff*

Roger A. Wright
WRIGHT LAW FIRM, PLC
3532 E. Cotton Court
Gilbert, Arizona 85234
office@wrightlawaz.com
*Attorney for Defendant*
*Barrett Financial Group, L.L.C.*

David Funkhouser (No. 022449)
Anelisa Benavides (No. 036446)
SPENCER FANE LLP
2425 East Camelback Road, Suite 850
Phoenix, AZ 85016-4251
dfunkhouser@spencerfane.com
*Attorneys for Defendants Broker Solutions, Inc., dba Kind Lending and Kind Lending, L.L.C*

                                                      By */s/ Robert J. Moon*
                                                          Robert J. Moon
                                                          *Attorney for Defendant*
                                                          *John Claude Hegglin*